ORIGINAL

stevekimstpnew

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 11 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00047 |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| STEVE KIM, ) | |
| Defendant. ) | |

Through a stipulation to continue status hearing having come before this Honorable Court and the Court finding good cause for the issuance of the order;

**IT IS SO ORDERED** that the Status Hearing currently scheduled for August 16, 2005, is hereby rescheduled to __November 10__, 2005, at __9:30 a__.m.

8/11/05
DATE

CONSUELO B. MARSHALL, Chief Judge
Setting by Designation
District Court of Guam

RECEIVED
AUG - 5 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM