ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV - 7 2005
MARY L.M. MORAN
CLERK OF COURT

stevekimstp2new

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 04-00047 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO CONTINUE** |
| | ) **STATUS HEARING** |
| STEVE KIM, | ) |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Rawlen Mantanona, hereby stipulate to continue the Status Hearing currently scheduled for November 10, 2005, and that it be rescheduled to a date approximately six (6) months thereafter to be selected by the court.

SO STIPULATED.

\_\_11/7/05\_\_    _____
DATE           RAWLEN MANTANONA
               Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

\_\_11-7-05\_\_   By: _____
DATE              FREDERICK A. BLACK
                  Assistant U.S. Attorney