stevekimstp2new

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV - 7 2005 9f
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 04-00047 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER re** |
| | ) **Third Stipulation to Continue** |
| STEVE KIM, | ) **Status Hearing** |
| Defendant. | ) |

Through a stipulation to continue status hearing having come before this Honorable Court and the Court finding good cause for the issuance of the order;

**IT IS SO ORDERED** that the Status Hearing currently scheduled for November 10, 2005, is hereby rescheduled to February 14, 2006, at 2:30 p.m.

<u>November 7, 2005</u>
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**