stevekimstp2new

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV - 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00047 |
| Plaintiff, | |
| vs. | **O R D E R** |
| STEVE KIM, | |
| Defendant. | |

Through a justification to continue status hearing having come before this Honorable Court and the Court finding good cause for the issuance of the order;

**IT IS SO ORDERED** that this document hereby remains lodged under seal with the court until the conclusion of the case.

November 7, 2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

ORIGINAL