ORIGINAL

stevekimstp2new

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB -6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 04-00047 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO CONTINUE** |
|  | ) **STATUS HEARING** |
| STEVE KIM, | ) |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Rawlen Mantanona, hereby stipulate to continue the Status Hearing currently scheduled for February 14, 2006, and that it be rescheduled to a date approximately four (4) months thereafter to be selected by the court.

SO STIPULATED.

___2/3/06___
DATE

___[signature]___
RAWLEN MANTANONA
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

___2-3-06___     By: ___[signature] Frederick A. Black___
DATE                    FREDERICK A. BLACK
                        Assistant U.S. Attorney