LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 04-00047 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **O R D E R re** |
| | ) **Fifth Stipulated Motion to** |
| STEVE KIM, | ) **Continue Status Hearing** |
| Defendant. | ) |

Through a motion to continue the status hearing having come before this Honorable Court and the Court finding good cause for the issuance of the order.

**IT IS FURTHER ORDERED** that the Status Conference currently scheduled for May 15, 2006 be rescheduled to November 15, 2006, at 9:30 a.m.

SO ORDERED, this 15 day of May, 2006.

JOHN C. COUGHENOUR*
District Judge

---

*The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, by designation.