stevekim6stp

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 23 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEVE KIM, )<br>)<br>Defendant. )<br>_____) | CRIMINAL CASE NO. 04-00047<br><br>**STIPULATED MOTION TO<br>VACATE STATUS HEARING<br>AND SET SENTENCING DATE** |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Rawlen Mantanona, hereby move this Honorable Court to vacate the Status Hearing currently set for November 15, 2006, and set a sentencing date.

//
//
//
//
//
//

-1-

The parties request that the Court calendar the sentencing date at least ninety (90) days from the date of this request so that the Presentence Report can be completed in this case

DATED: 10/23/06

_____
RAWLEN MANTANONA
Attorney for Defendant


LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 10-20-06         By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney