LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT 25 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVE KIM,<br><br>    Defendant. | CRIMINAL CASE NO. 04-00047<br><br>**O R D E R**<br><br>**Re Stipulated Motion to Vacate Status Hearing and Set Sentencing Date** |

Upon stipulated request of the parties,

**IT IS SO ORDERED** that the Status Hearing currently scheduled for November 15, 2006, is hereby vacated, and sentencing is set for February 15, 2007, at 10:00 a.m. The presentence report shall be provided to the parties no later than January 4, 2007. The parties shall file their responses to the presentence report no later than January 18, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than February 1, 2007.

SO ORDERED this 25th day of October 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL