LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 26 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00047 |
| Plaintiff, ) | |
| vs. ) | **ORDER UNSEALING RECORD** |
| STEVE KIM, ) JOE YOUNG PARK, ) YOUNG JU KWON, and ) SANG MEE CHUN, ) | |
| Defendants. ) | |

The United States' Application to Unseal Record, as to defendants STEVE KIM, JOE YOUNG PARK, YOUNG JU KWON and SANG MEE CHUN, is hereby granted.

**IT IS SO ORDERED** this 25th day of October 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam