# ORIGINAL

1  stevekimpsr

2  LEONARDO M. RAPADAS
   United States Attorney
3  FREDERICK A. BLACK
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza.
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 1 6 2007

MARY L.M. MORAN
CLERK OF COURT

8
## IN THE UNITED STATES DISTRICT COURT
9
## FOR THE TERRITORY OF GUAM
10

11  UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. 04-00047
                                       )
12                      Plaintiff,     )   **GOVERNMENT'S STATEMENT ADOPTING**
                                       )   **FINDINGS OF PRESENTENCE REPORT**
13          vs.                        )   **AND MOTION FOR A ONE-LEVEL**
                                       )   **REDUCTION**
14  STEVE KIM,                         )
                                       )
15                      Defendant.     )
                                       )
16  ─────────────────────────────────────

17      Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the

18  government hereby adopts the findings of the Presentence Report for the above defendant.

19      Pursuant to U.S.S.G. § 3E1.1(b), the government moves for an additional one-level reduction due

20  to the defendant's early entry of his guilty plea. Thus, his guideline would be a Level 33.

21      Respectfully submitted this 16th day of January 2007.

22                                     LEONARDO M. RAPADAS
                                       United States Attorney
23                                     Districts of Guam and NMI

24

25                          By:        _____
                                       FREDERICK A. BLACK
26                                     Assistant U.S. Attorney

27

28