**CABOT**
**MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM
FEB -5 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00047 |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO** |
| STEVE KIM, | ) | **CONTINUE SENTENCING DATE** |
| Defendant. | ) | |

Plaintiff consents and by and though its counsel of record, and Defendant hereby stipulates that the sentencing date set for February 15, 2007 be moved to February 22, 2007 at _____.m., due to Defendant's counsel being off-island for the CJA Panel Conference.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI
Attorney for Plaintiff

By: _____
FREDERICK A. BLACK
Dated: 2-5-07

CABOT MANTANONA LLP
Attorneys for Defendant

By: _____
RAWLEN M.T. MANTANONA
Dated: 2/5/07