CABOT
MANTANONA LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

*Attorneys for Defendant*



FILED
DISTRICT COURT OF GUAM
FEB -7 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00047 |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO CONTINUE** |
| STEVE KIM, | ) | **SENTENCING DATE** |
| Defendant. | ) | |

The Court reviewed the Stipulation submitted by Defendant.

The Court finds good cause appears for the requested relief, and accordingly,

IT IS HEREBY ORDERED THAT:

The sentencing date currently set for February 15, 2007 be moved to February 22, 2007 at 9:30 a.m., due to Defendant's counsel being off-island for the CJA Panel Conference.

SO ORDERED this 6th day of February, 2007.

JUDGE, District Court of Guam
FRANCES TYDINGCO-GATEWOOD

**ORIGINAL**