ORIGINAL

stevekim5k

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 15 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEVE KIM, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 04-00047 <br><br> **GOVERNMENT'S MOTION FOR SUBSTANTIAL ASSISTANCE DEPARTURE** |

The United States hereby moves this Honorable Court for a departure from the Guidelines level, as provided by USSG Section 5K1.1, on the basis that defendant has rendered substantial assistance to the government in its investigation of drug trafficking on Guam.

The government is filing under seal a separate sentencing memorandum concerning the details of that cooperation. The government is recommending that defendant receive an eight (8) point reduction to Level 25 which would allow a sentencing range of 57 to 71 months. The government will recommend a 57 months sentence.

RESPECTFULLY SUBMITTED this 14 day of February, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Frederick A. Black
FREDERICK A. BLACK
Assistant U.S. Attorney