ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 15 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVE KIM,<br><br>    Defendant. | CRIMINAL CASE NO. 04-00047<br><br>**GOVERNMENT'S MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL** |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an Order allowing it to file its sentencing memorandum under seal. The government makes this motion because the sentencing memorandum explains in detail the reasons that it is seeking a substantial assistance downward departure for defendant. It believes the nature of the information has the potential of resulting in retaliation against the defendant.

RESPECTFULLY SUBMITTED this 14th day of February 2007.

                    LEONARDO M. RAPADAS
                    United States Attorney
                    Districts of Guam and NMI

                    By: _/s/ Frederick A. Black_
                    FREDERICK A. BLACK
                    Assistant U.S. Attorney