LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEVE KIM, )<br>)<br>Defendant. )<br> ) | CRIMINAL CASE NO. 04-00047<br><br>**ORDER TO FILE SENTENCING MEMORANDUM UNDER SEAL** |

IT IS HEREBY ORDERED that the United States may file its sentencing memorandum under seal.

DATE: February 15, 2007.

**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**