✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

United States of America

**NOTICE**

V.

**STEVE KIM**      CASE NUMBER: **CR-04-00047-001**

TYPE OF CASE:

☐ **CIVIL**      X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**Wednesday, February 22, 2007 at 9:30 a.m.** | RESCHEDULED TO DATE AND TIME<br><br>**Thursday, March 15, 2007 at 9:30 a.m.** |
|---|---|---|

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**February 16, 2007**      /s/ Leilani R. Toves Hernandez
DATE      (BY) DEPUTY CLERK

TO:      U.S. Attorney's Office
          Rawlen Mantanona
          U.S. Probation Office
          U.S. Marshals Service