CABOT
MANTANONA LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



FILED
DISTRICT COURT OF GUAM
FEB 27 2007
MARY L.M. MORAN
CLERK OF COURT

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00047 |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO |
| STEVE KIM, ) | CONTINUE SENTENCING DATE |
| Defendant. ) | |

Plaintiff consents and by and through its counsel of record, and Defendant hereby stipulates that the sentencing date set for March 15, 2007 at 9:30 a.m. be moved to a date and time after March 20, 2007, due to Plaintiff's/Government's counsel being unavailable and being off-island and will return on the 20th of March, 2007

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI
Attorney for Plaintiff

By: _____
FREDERICK A. BLACK

Dated: 2-27-07

CABOT MANTANONA LLP
Attorneys for Defendant

By: _____
RAWLEN M.T. MANTANONA

Dated: 2/26/07

ORIGINAL

Case 1:04-cr-00047  Document 42  Filed 02/27/2007  Page 1 of 1