CABOT
MANTANONA LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00047 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER TO CONTINUE** |
| STEVE KIM, | ) | **SENTENCING DATE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court reviewed the Stipulation submitted by Defendant.

The Court finds good cause appears for the requested relief, and accordingly.

IT IS HEREBY ORDERED THAT:

The sentencing date currently set for March 15, 2007 be moved to April 4, 2007 at 10:30 a.m., due to Plaintiff's/Government's counsel being unavailable and being off-island and will return on the 20th of March, 2007.

SO ORDERED this 2nd day of March, 2007.



/s/ **Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**