FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

FILED
DISTRICT COURT OF GUAM
MAR - 8 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>STEVE KIM<br>Defendant. | CRIMINAL CASE NO. 04-00047<br><br>**APPLICATION FOR<br>RELEASE OF PASSPORT** |

COMES NOW, U.S. Probation Officer Rossanna Villagomez-Aguon, in the above-captioned case and requests the release of the U.S. Passport Number 038963505 to the U.S. Probation Office. The District Court ordered the passport to be surrendered to the U.S. Marshal for transport and then to the Guam DEA. The Probation Office was contacted by the DEA requesting to relinquish the passport to said agency. The defendant remains on pretrial release pending sentencing on March 15, 2007.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
District of Guam

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

ORIGINAL