FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00047-001 |
| Plaintiff, ) | |
| vs. ) | **ORDER RELEASING PASSPORT** |
| STEVE KIM, ) | |
| Defendant. ) | |

On the Application for Release of Passport filed by the U.S. Probation Office,

IT IS HEREBY ORDERED that the Drug Enforcement Administration release the Defendant's passport to the U.S. Probation Office until final disposition of this case.

DATED this 13th day of March 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**