CABOT
MANTANONA LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

*Attorneys for Defendant*



**FILED**
DISTRICT COURT OF GUAM

MAR 22 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00047 |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL** |
| STEVE KIM, ) | |
| Defendant. ) | |

COMES NOW the Defendant, by and through undersigned counsel, and moves this Honorable Court for an Order allowing him to file his sentencing memorandum under seal. The Defendant makes this motion because the sentencing memorandum explains in detail the reasons justifying a larger substantial assistance downward departure for Defendant. It believes the nature of the information has the potential of resulting in retaliation against the Defendant.

Respectfully submitted this 22nd day of March, 2007.

CABOT MANTANONA LLP
Attorney for Defendant

By: _____
RAWLEN M.T. MANTANONA, ESQ.

RMTM:scc

ORIGINAL