**CABOT**
**MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

*Attorneys for Defendant*



**FILED**
DISTRICT COURT OF GUAM

MAR 22 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00047 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| STEVE KIM, | ) | |
| Defendant. | ) | |

I, WILLIAM N. CRUZ, hereby certify that a copy of the Defendant's Motion to File Sentencing Memorandum Under Seal was duly hand-delivered or faxed to the following on March 22, 2007.:

U.S. Probation Office
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Frederick A. Black, Esq.
U.S. Attorneys Office
108 Hernan Cortez Avenue
Suite 500, Sirena Plaza
Hagatna, Guam 96910

Dated this 22nd day of March, 2007.

_____
WILLIAM N. CRUZ

**ORIGINAL**