**CABOT**
**MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00047 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| STEVE KIM, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that Defendant's Motion to File Sentencing Memorandum Under Seal is hereby GRANTED.

SO ORDERED.



/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Mar 22, 2007**