# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-04-00047　　　　　　　　　　　　　DATE: April 04, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:34:59 - 11:49:52
CSO: J. Lizama

**APPEARANCES:**

Defendant: Steve Kim　　　　　　　　　　　Attorney: Rawlen Mantanona
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Frederick A. Black　　　　　U.S. Agent: Danny Cho, D.E.A.
U.S. Probation: Carleen Borja　　　　　　　U.S. Marshal: V. Roman
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>57 months with credit for time served (approximately 21 days). While in prison, defendant shall participate in vocational and educational programs.</u>
- Court recommendation to the Bureau of Prisons for defendant to be incarcerated at a facility in <u>California.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>5 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant allowed to self-surrender to the Bureau of Prisons, upon designation. All current conditions of release remain in full effect.

NOTES: Agent Danny Cho was sworn and examined.