**CABOT**
**MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

*Attorneys for Defendant*

**FILED**
DISTRICT COURT OF GUAM
APR 11 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00047 |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION** ~~AND ORDER~~ |
| STEVE KIM, | ) | **TO MODIFY RELEASE CONDITIONS** |
| Defendant. | ) | |

COMES NOW, Defendant STEVE KIM, by and through his counsel of record Rawlen M.T. Mantanona, and the United States of America by and through Assistant U.S. Attorney Frederick A. Black, hereby stipulate to modify the release conditions of Defendant STEVE KIM as follows:

1. The Defendant is hereby permitted to pick up his passport, and the court clerical staff shall release the passport to Defendant Kim.

2. Defendant Kim prior to designation is allowed to travel to the city of Los Angeles, California to relocate his family to reside during his incarceration.

3. Prior to the Defendant's departure to relocate his family, the Defendant shall

report to the United States Marshals Office to be fingerprinted and photographed to assist in his processing and designation by the Bureau of Prisons.

4. The Defendant shall also turn in prior to departure his itinerary, the location he can be reached and will be residing in the city of Los Angeles and a telephone number which he could be contacted at.

5. The Defendant shall report once a week by telephone to the United States Probation Office in the District of Guam. Further, the Defendant shall report three times a week to the United States Marshals in the District Court of Guam, by calling Salvador Lujan during the working days at phone number (671) 473-9174 to find out if he has been designated to a correctional facility and if Mr. Lujan is not present or unavailable, he shall leave a message.

6. Upon designation by the Bureau of Prisons, Defendant shall submit to the United States Marshal's Office, District of Guam his itinerary and proof of purchase of his ticket to the location of the designated federal penitentiary.

7. The $10,000.00 bail posted by the Defendant in this matter on November 15, 2004, shall be exonerated upon his surrender to the Bureau of Prisons. See Exhibit "A". The bail shall be released to Defendant's counsel who will then forward to Defendant's family.

SO STIPULATED:

_____
STEVE KIM,
Defendant

| CABOT MANTANONA LLP | LEONARDO M. RAPADAS |
| --- | --- |
| | United States Attorney |
| | District of Guam and NMI |
| By: _____ | By: _____ |
| RAWLEN M.T. MANTANONA | FREDERICK A. BLACK |
| Attorney for Steve Kim | Assistant U.S. Attorney |

IT IS HEREBY ORDERED THAT:

Defendant Steve Kim's release conditions are modified to add the new conditions 1 through 7 of this order. The rest of Defendant's conditions remain in full effect.

SO ORDERED this ____ day of _____, 2007.

_____
Honorable Frances Tydingco-Gatewood,
CHIEF JUDGE, District Court of Guam

```
                RECEIPT FOR PAYMENT
                DISTRICT COURT OF GUAM
                   at HAGATNA, GUAM


Rcpt#:0025442      Date: 11/15/2004

Received From:
   MANTANONA, RAWLEEN T.
   LAW OFFICE OF MANTANONA
   414 West Soledad Avenue
   Suite 601B, GCIC Building
   Hagatna, GU 96910

==================================
CR-04-00047
USA vs STEVE KIM
Criminal Case 04-00047, BAIL BOND
FOR DEFENDANT STEVE KIM. Order
filed on 11/15/04


==================================
      Account          Amount
      -------          ------
       604700         $10000.00
                     ==========
        Total:        $10000.00
==================================
Payment Tendered:
         Cash :       $10000.00
         Check:           $0.00
         M.O. :           $0.00
                     ==========
                      $10000.00

Change Due:               $0.00

==================================
Checks and drafts are accepted subject
to collection and full credit will only
be given when the check or draft has
been accepted by the financial
institution on which it was drawn.
==================================

Deputy
Clerk: /s/

        Walter M. Tenorio
```

EXHIBIT __A__