**CABOT**
**MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00047 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER MODIFYING** |
| STEVE KIM, | ) | **RELEASE CONDITIONS** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**IT IS HEREBY ORDERED THAT:**

Defendant Steve Kim's release conditions are modified to add the following:

1. The Defendant is hereby permitted to pick up his passport, and the U.S. Probation Office shall release the passport to Defendant Kim.

2. Defendant Kim prior to designation is allowed to travel to the city of Los Angeles, California to relocate his family to reside during his incarceration.

3. Prior to the Defendant's departure to relocate his family; the Defendant shall report to the United States Marshals Office to be fingerprinted and photographed to assist in his processing and designation by the Bureau of Prisons.

4. The Defendant shall also turn in prior to departure his itinerary, the location he can be reached and will be residing in the city of Los Angeles and a telephone number which he could be contacted at.

5. The Defendant shall report once a week by telephone to the United States Probation Office in the District of Guam. Further, the Defendant shall report three times a week to the United States Marshals in the District Court of Guam, by calling Salvador Lujan during the working days at phone number (671) 473-9174 to find out if he has been designated to a correctional facility and if Mr. Lujan is not present or unavailable, he shall leave a message.

6. Upon designation by the Bureau of Prisons, Defendant shall submit to the United States Marshal's Office, District of Guam his itinerary and proof of purchase of his ticket to the location of the designated federal penitentiary.

7. The $10,000.00 bail posted by the Defendant in this matter on November 15, 2004, shall be exonerated upon his surrender to the Bureau of Prisons. The bail shall be released to Defendant's counsel who will then forward to Defendant's family.

The rest of Defendant's conditions remain in full effect.

SO ORDERED nunc pro tunc to April 04, 2007.



/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Apr 13, 2007**