CABOT
MANTANONA LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
JUN 20 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 04-00047 |
|---|---|
| Plaintiff, | ) |
| v. | ) ~~NOTICE OF MOTION;~~ MOTION TO |
| STEVE KIM, | ) RELEASE BOND; CERTIFICATE |
| | ) OF SERVICE |
| Defendant. | ) |

## ~~NOTICE OF MOTION~~

~~PLEASE TAKE NOTICE that on the ____ day of _____, 2007, at _____ .m., STEVE KIM, by and through CABOT MANTANONA LLP, shall present the following motion before the Honorable _____, District Court of Guam.~~

## MOTION

Defendant STEVE KIM, respectfully moves the Court to release the Ten Thousand Dollars ($10,000.00) bond paid to the court on November 15, 2004 for the above-named Defendant. See bail receipt attached and incorporated as exhibit "A".

**ORIGINAL**

## MEMORANDUM

The Defendant in this matter was indicted on October 27, 2004. The Defendant sought his pre-trial release. The Defendant by and through his attorney paid the amount of $10,000.00 for the Defendant's release. The Defendant has subsequently plead guilty and was sentenced by this Court and now has reported to the Bureau of Prisions in California. Mr. Kim now seeks the release of the bond.

## CONCLUSION

Now that the instant case has been completed, the security of the property to guarantee the Defendant's appearance is no longer needed. The Defendant respectfully moves the Court to release the bond into care and custoy of his attorney who shall forward to Defendant as instructed.

Dated this ___ day of June, 2007.

                                        **CABOT MANTANONA LLP**
                                        *Attorney for Steve Kim*

                                        By: _____
                                            RAWLEN M.T. MANTANONA

RMTM:scc

G:\Stacy\active clients\Kim, Steve\motion to release bond.wpd

## CERTIFICATE OF SERVICE

I, Rawlen M.T. Mantanona, Esq. do hereby certify that on the ____ day of June, 2007, I cause a copy of the Notice of Motion; Motion to Release Bond; Certificate of Service to be served on the following party via hand delivery:

OFFICE OF THE UNITED STATES ATTORNEY
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910

Dated this 19 day of June, 2007.

**CABOT MANTANONA LLP**
*Attorney for Steve Kim*

By: _____
RAWLEN M.T. MANTANONA

```
RECEIPT FOR PAYMENT
DISTRICT COURT OF GUAM
   at HAGATNA, GUAM

Rcpt#: 0025442    Date: 11/15/2004

Received From:
   MANTANONA, RAWLEEN T.
   LAW OFFICE OF MANTANONA
   414 West Soledad Avenue
   Suite 601B, GCIC Building
   Hagatna, GU 96910

====================================
CR-04-00047
USA vs STEVE KIM
Criminal Case 04-00047, BAIL BOND
FOR DEFENDANT STEVE KIM. Order
filed on 11/15/04

====================================
     Account          Amount
     -------          ------
     604700          $10000.00
                   ================
           Total:   $10000.00
====================================
Payment Tendered:
      Cash :        $10000.00
      Check:            $0.00
      M.O. :            $0.00
                   ================
                    $10000.00

Change Due:            $0.00

====================================
Checks and drafts are accepted subject
to collection and full credit will only
be given when the check or draft has
been accepted by the financial
institution on which it was drawn.
====================================
Deputy
Clerk: [signature]
      Walter M. Tenorio
```

EXHIBIT "A"