**CABOT
MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

IN THE UNITED STATES DISTRICT COURT
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00047 |
| Plaintiff, | ) | |
| v. | ) | **Order** |
| STEVE KIM, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Ten Thousand Dollars ($10,000.00) bond be released and returned to Defendant's attorney who shall then forward to Defendant's wife as instructed.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
   **Chief Judge**
**Dated: Jun 21, 2007**