SKim.RES

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> STEVE KIM, <br><br> Defendant. | CRIMINAL CASE NO. 04-00047 <br><br> GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR BOND RELEASE |

The Government has no objection to this motion.

DATED this 21st day of June, 2007.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI

By: _____
      FREDERICK A. BLACK
      Assistant U.S. Attorney

-1-