

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVE KIM,<br><br>        Defendant. | CRIMINAL CASE NO. 04-00047-001<br><br>**ACKNOWLEDGMENT OF**<br>**U.S. TREASURY CHECK** |

I, _William A. Cruz_, hereby acknowledge receipt of U.S. Treasury check no. 00043173, in the amount of $10,000.00, dated June 22, 2007. Attached hereto is a copy of the check.

6/26/07
Date

_/s/_
Signature

**ORIGINAL**

| United States Treasury 15-51/000 | DISTRICT COURT AGANA, GU | 4694-00043173 |
|---|---|---|
| | | Check No. |
| 06 22 07 | Bond for Steve Kim | 00043173 |

Pay to the order of

RAWLEN M.T. MANTANONA
CABOT AND MANTANONA LLP
BANKPACIFIC BLDG., 2ND FLR.
825 S. MARINE CORPS DRIVE
TAMUNING , GU 96913

$****10,000*00

VOID AFTER ONE YEAR

*signature*

DISBURSING OFFICER

REF. NO.

⑈46948⑈ ⑆000000518⑆ 00043173⑈

## AUTHORIZATION

I, **RAWLEN M.T. MANTANONA**, hereby authorize **WILLIAM N. CRUZ**, to pick up check regarding the Steven Kim's bail money, in Criminal Case No. 04-00047.

Dated this 26th day of June, 2007.

_____

SUBSCRIBED AND SWORN to before me this 26th day of June, 2007.

_____
Notary Public

STACY C. CUASITO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Dec. 12, 2009
P.O. Box 11539 Yigo, GU 96929